UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1746 RHK/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GILBERT RICH,

Defendant,

SUPER ONE FOODS,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about April 26, 2002.

Defendant has now paid the judgment by compromise. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment served on or about April 26, 2002, is released.

Dated: **July 25, 2003**

Raymond L. Erickson
Magistrate Judge
United States District Court

FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____